ADR
BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOLPH L. VINCENT, JR.

Plaintiff(s),

v.

PACIFIC GAS & ELECTRIC COMPANY
RICK FUHRMAN

Defendant(s).

No. C **C07-05531**

E-filing

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12/14/07

Signature *Pamela Y. Price*

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")