IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH L. VINCENT, JR., | No. C 07-05531SI |
|     Plaintiff, | **NOTICE** |
| v. | |
| PACIFIC GAS & ELECTRIC, CO., ET AL., | |
|     Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference shall occur on Friday, March 21, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: January 9, 2008                                                                    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California