# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

ADOLPH VINCENT, JR.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-05531 SI

V.

PACIFIC GAS AND ELECTRIC COMPANY,
RICK FURHMAN

TO: (Name and address of defendant)

PACIFIC GAS & ELECTRIC

AGENT FOR SERVICE OF PROCESS:
LINDA Y. H. CHENG
77 BEALE ST., 32nd FLOOR
SAN FRANCISCO, CA 94105

RICK FUHRMAN
4040 West Lane, Building #2
Stockton, CA 95204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
Latham Square Building
1611 Telegraph Avenue, #1450
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within 20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   3 1 JAN 2008

YUMIKO SAITO
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]   DATE |
| Name of SERVER   TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                                        Signature of Server

                                                                                         _____
                                                                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure