PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
ADOLPH L. VINCENT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH L. VINCENT, JR.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC, CO., RICK FUHRMAN, and DOES 1 through 15 inclusive,<br><br>　　　　Defendants. | NO. C07-5531 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　The parties to the above-entitled action hereby stipulate to continue the Case Management Conference from Friday, March 21, 2008 to May 2, 2008 in order to allow Defendants to file an answer to the Complaint and counsel more time to meet and confer regarding the choice of ADR, initial disclosures and the Initial Case Management Conference Statement.

　　　　Good cause exists for this Stipulation and proposed Order in that the Defendants have been served but requested and received an extension of time to file an Answer to the

Complaint up to and including March 17, 2008.  Once Defendants have filed their Answer, the parties will be in a position to meet and confer to reset the initial pre-Case Management Conference deadlines and prepare for the Case Management Conference.  Plaintiff's counsel requests a continuance until May 2008 due to her unavailability between April 9 and April 30, 2008.

**IT IS SO STIPULATED.**

Dated:  March 14, 2008				PRICE AND ASSOCIATES

						_____/s/_____
						PAMELA Y. PRICE, Attorneys for Plaintiff
						ADOLPH L. VINCENT, JR.

Dated:  March 14, 2008				FOSTER AND ASSOCIATES

						_____/s/_____
						MADELYN JORDAN-DAVIS, Attorneys
						for Defendants PACIFIC GAS &
						ELECTRIC, CO. and RICK FUHRMAN

## ORDER

The Court having read and considered the Stipulation and [Proposed] Order to Continue the Case Management Conference, and good cause appearing therefore, hereby orders that the Case Management Conference shall be and hereby is continued to _____.

**IT IS SO ORDERED**.

Dated:  _____		_____
						HON. SUSAN ILLSTON
						UNITED STATES DISTRICT COURT