PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
ADOLPH L. VINCENT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH L. VINCENT, JR., | NO. C07-5531 SI |
| Plaintiff, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| PACIFIC GAS & ELECTRIC, CO., RICK FUHRMAN, and DOES 1 through 15 inclusive, | |
| Defendants. | |

TO: DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Attorney Pamela Y. Price of Price And Associates will be unavailable from April 16, 2008 through May 16, 2008.

Dated: April 8, 2008

PRICE AND ASSOCIATES

*Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for Plaintiff
ADOLPH L. VINCENT, JR.

NOTICE OF UNAVAILABILITY (C07-5531 SI)