1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

**Northern District of California**

10  Vincent,

11                          Plaintiff(s),

12          v.

13  Pacific Gas & Electric Co.,

14                          Defendant(s).

07-05531 SI

**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

15

16          The parties have failed to file an ADR Certification and either a Stipulation and

17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18  Conference as required by the Initial Case Management Scheduling Order.  Counsel

19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24  at www.adr.cand.uscourts.gov.)

25

26          Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**United States District Court**
**Northern District of California**

---

**Notice Re: Noncompliance With Court Order**

**United States District Court**
**Northern District of California**

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: April 16, 2008

9                                              RICHARD W. WIEKING

10                                            Clerk

                                          by:   Timothy J. Smagacz

11

12                                            ADR Administrative Assistant

13                                            415-522-4205

                                          Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
07-05531 SI                                  -2-

**PROOF OF SERVICE**

Case Name:        Vincent v. Pacific Gas & Electric Co.

Case Number:     07-05531 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Pamela Yvette Price
> Price & Associates
> The Latham Square Building
> 1611 Telegraph Avenue, Suite 1450
> A Professional Law Corporation
> Oakland, CA 94612
> pypesq@aol.com
>
> Madelyn G. Jordan-Davis
> Foster & Associates
> 610 16th Street
> Suite 310
> Oakland, CA 94612
> mjd@fosterlaborlaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov