1  MICHAEL W. FOSTER (State Bar No. 127691)
   MADELYN JORDAN-DAVIS (State Bar 181771)
2  FOSTER AND ASSOCIATES
   610 16TH STREET, SUITE 310
3  OAKLAND, CALIFORNIA 94612
   TELEPHONE: (510) 763-1900
4  FACSIMILE:  (510) 763-5952
   EMAIL:  mfoster@fosterlaborlaw.com;
5  mjd@fosterlaborlaw.com

6  STEPHEN L. SCHIRLE (State Bar No. 96085)
   MARK H. PENSKAR (State Bar No. 77725)
7  SHARI D. HOLLIS-ROSS (State Bar No. 188867)
   77 Beale Street
8  San Francisco, California 94105
   Telephone: (415) 972-5672
9  Facsimile:  (415) 973-0516

10 Attorneys for Defendants
   Pacific Gas and Electric Company and
11 Richard Fuhrman

12 PAMELA Y. PRICE (State Bar No. 107713)
   PRICE AND ASSOCIATES
13 1611 TELEGRAPH AVENUE, SUITE 1450
   OAKLAND, CALIFORNIA 94612
14 TELEPHONE: (510) 452-0292
   FACSIMILE:  (510) 452-5625
15 EMAIL:  pypesq@aol.com

16 Attorneys for Plaintiff
   Adolph L. Vincent, JR.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH LOUIS VINCENT, JR, | Case No. C07-705531 SI |
| Plaintiff, | |
| | Date Action Filed: October 30, 2007 |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, RICK FUHRMAN, and DOES 1 through 15 inclusive | **STIPULATION SELECTING ADR PROCESS** |
| Defendants. | |

STIPULATION SELECTING ADR PROCESS

1     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

    The parties agree to participate in court-sponsored mediation pursuant to ADR L.R. 6. The parties agree to hold the mediation session on or before August 12, 2008.

Dated: May 7, 2008

                                      /s/
                              MICHAEL W. FOSTER
                              MADELYN JORDAN-DAVIS
                              Foster & Associates
                              Attorneys for Defendants
                              Pacific Gas and Electric Company
                              Rick Fuhrman

Dated: May 7, 2008

                                      /s/
                              PAMELA Y. PRICE, ESQ.
                              Price and Associates
                              Attorneys for Plaintiff
                              Adolph L. Vincent, Jr.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION SELECTING ADR PROCESS