| | |
|---|---|
| 1 | MICHAEL W. FOSTER (State Bar No. 127691) |
|   | MADELYN JORDAN-DAVIS (State Bar 181771) |
| 2 | FOSTER AND ASSOCIATES |
|   | 610 16TH STREET, SUITE 310 |
| 3 | OAKLAND, CALIFORNIA 94612 |
|   | TELEPHONE: (510) 763-1900 |
| 4 | FACSIMILE:  (510) 763-5952 |
|   | EMAIL:  mfoster@fosterlaborlaw.com; |
| 5 | mjd@fosterlaborlaw.com |
| 6 | STEPHEN L. SCHIRLE (State Bar No. 96085) |
|   | MARK H. PENSKAR (State Bar No. 77725) |
| 7 | SHARI D. HOLLIS-ROSS (State Bar No. 188867) |
|   | 77 Beale Street |
| 8 | San Francisco, California 94105 |
|   | Telephone: (415) 972-5672 |
| 9 | Facsimile:  (415) 973-0516 |
| 10 | Attorneys for Defendants |
|   | Pacific Gas and Electric Company and |
| 11 | Richard Fuhrman |
| 12 | PAMELA Y. PRICE (State Bar No. 107713) |
|   | PRICE AND ASSOCIATES |
| 13 | 1611 TELEGRAPH AVENUE, SUITE 1450 |
|   | OAKLAND, CALIFORNIA 94612 |
| 14 | TELEPHONE: (510) 452-0292 |
|   | FACSIMILE:  (510) 452-5625 |
| 15 | EMAIL:  pypesq@aol.com |
| 16 | Attorneys for Plaintiff |
|   | Adolph L. Vincent, JR. |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADOLPH LOUIS VINCENT, JR, | ) | Case No. C07-705531 SI |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | Date Action Filed:  October 30, 2007 |
| v. | ) | |
|  | ) | **STIPULATION SELECTING ADR** |
| PACIFIC GAS AND ELECTRIC | ) | **PROCESS** |
| COMPANY, RICK FUHRMAN, and | ) | |
| DOES 1 through 15 inclusive | ) | |
|  | ) | |
| Defendants. | ) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in court-sponsored mediation pursuant to ADR L.R. 6. The parties agree to hold the mediation session on or before August 12, 2008.

Dated: May 7, 2008

/s/
MICHAEL W. FOSTER
MADELYN JORDAN-DAVIS
Foster & Associates
Attorneys for Defendants
Pacific Gas and Electric Company
Rick Fuhrman

Dated: May 7, 2008

/s/
PAMELA Y. PRICE, ESQ.
Price and Associates
Attorneys for Plaintiff
Adolph L. Vincent, Jr.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
STIPULATION SELECTING ADR PROCESS