UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

AMENDED

Date: 5/14/08

Case No.   C07-5531SI          Judge:   SUSAN ILLSTON

Title: VINCENT -v- PG&E

Attorneys: H. Moore          Jordan-Davis

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - Held

2)   _____

3)   _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                             PART

Case continued to **8/22/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/17/09   @ 9:00 a.m.**   for Motions
(Motion due **3/13/09**, Opposition **3/27/09** Reply **4/3/09**)

Case continued to **6/6/09   @ 3:30 p.m.** for Pretrial Conference

Case continued to **6/15/09  @ 8:30 a.m.** for Trial (JURY :   Days)
Discovery Cutoff: 1/30/09  Designate Experts by: 2/27/09, Rebuttal Experts:3/9/09, Expert Discovery Cutoff: 3/31/09

ORDERED AFTER HEARING: