## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

2ND AMENDED                        <u>CIVIL PRETRIAL MINUTES</u>

Date: <u>5/14/08</u>

Case No.   <u>C07-5531SI</u>            Judge:   <u>SUSAN ILLSTON</u>

Title: <u>VINCENT</u> -v- <u>PG&E</u>

Attorneys: H. Moore        Jordan-Davis

Deputy Clerk:  <u>Tracy Sutton</u>   Court Reporter: <u>n/a</u>

### **PROCEEDINGS**

1)   <u>Initial Case Management Conference - Held</u>

2)   _____

3)   _____

Order to be prepared by:  (  )Pltf    (   )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                      PART

Case continued to **8/22/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/17/09   @ 9:00 a.m.**   for Motions
(Motion due **3/13/09**, Opposition **3/27/09** Reply **4/3/09**)

Case continued to **6/2/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **6/15/09  @ 8:30 a.m.** for Trial (JURY :   Days)
Discovery Cutoff: 1/30/09  Designate Experts by: 2/27/09, Rebuttal Experts:3/9/09, Expert Discovery Cutoff: 3/31/09

ORDERED AFTER HEARING: