IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH L. VINCENT, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GAS & ELECTRIC, CO., ET AL.,<br><br>　　　　　Defendant.<br>_____/ | No. C 07-05531 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 22, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 30, 2009.

DESIGNATION OF EXPERTS: 2/27/09; REBUTTAL: March 9, 2009.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 31, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by March 13, 2009;

　　Opp. Due March 27, 2009;  Reply Due April 3, 2009;

　 and set for hearing no later than April 17, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 2, 2009 at 3:30 PM.

JURY TRIAL DATE: June 15, 2009 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　*Susan Illston*
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge