# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Vincent,<br><br>              Plaintiff(s),<br><br>     v.<br><br>Pacific Gas & Electric Co.,<br><br>              Defendant(s). | 07-05531 SI MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

The ADR Unit is in receipt of plaintiff's objection to Mr. Haydel 's appointment. Therefore, the appointment of Victor J. Haydell III to serve as Mediator in this matter is vacated. Counsel are requested to submit their joint list of potential mediators (at least five (5) names) no later than 3:00 p.m. on July 16, 2008. We will attempt to (but can not guarantee) an appointment from this list.

Counsel are requested to seek an extension of time to complete the mediation process. The current deadline is August 12, 2008.

Dated: July 11, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Claudia M. Forehand

*(signature)*

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov