United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## Northern District of California

10  Vincent,                                    07-05531 SI MED

11          Plaintiff(s),                  **Notice of Appointment of Mediator**

12          v.

13  Pacific Gas & Electric Co.,

14                  Defendant(s).

15  TO COUNSEL OF RECORD:

16          The court notifies the parties and counsel that the Mediator now assigned to this

17  case is:

18                          **Debra L. Mellinkoff**
                            Mellinkoff Mediation
19                          1001 Bridgeway, Suite 203
                            Sausalito, CA 94965
20                          415-289-0300
                            melmediate@aol.com
21

22          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

23  governs the Mediation program.  The mediator will schedule a joint phone conference

    with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
24
    the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
25
    As the deadline is rapidly approaching, counsel should seek an extension of time for
26
    mediation.  The court permits the mediator to charge each party its pro rata share of the
27
    cost of the phone conference.
28

---

**Notice of Appointment of Mediator**
07-05531 SI MED                          - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: July 18, 2008

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:    Claudia M. Forehand

7

8                                          ADR Case Administrator
                                           415-522-2059
9                                          Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
07-05531 SI MED                     - 2 -

**United States District Court**
Northern District of California