# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Vincent,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Pacific Gas & Electric Co.,<br><br>            Defendant(s). | 07-05531 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator now assigned to this case is:

> **Debra L. Mellinkoff**
> Mellinkoff Mediation
> 1001 Bridgeway, Suite 203
> Sausalito, CA 94965
> 415-289-0300
> melmediate@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. As the deadline is rapidly approaching, counsel should seek an extension of time for mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05531 SI MED                          - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 18, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov