MICHAEL W. FOSTER (State Bar No. 127691)
MADELYN JORDAN-DAVIS (State Bar 181771)
FOSTER AND ASSOCIATES
3000 LAKESHORE AVE.
OAKLAND, CALIFORNIA 94610
TELEPHONE: (510) 763-1900
FACSIMILE: (510) 763-5952
EMAIL: mfoster@fosterlaborlaw.com;
mjd@fosterlaborlaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
SHARI D. HOLLIS-ROSS (State Bar No. 188867)
77 Beale Street
San Francisco, California 94105
Telephone: (415) 972-5672
Facsimile: (415) 973-0516

Attorneys for Defendants
Pacific Gas and Electric Company and
Richard Fuhrman

PAMELA Y. PRICE (State Bar No. 107713)
PRICE AND ASSOCIATES
1611 TELEGRAPH AVENUE, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 452-0292
FACSIMILE: (510) 452-5625
EMAIL: pypesq@aol.com

Attorneys for Plaintiff
Adolph L. Vincent, JR.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH LOUIS VINCENT, JR, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, RICK FUHRMAN, and DOES 1 through 15 inclusive <br><br> Defendants. | Case No. C07-05531 SI <br><br> Date Action Filed: <br><br> **CHANGE OF ADDRESS FOR COUNSEL** |

///

1

**CHANGE OF ADDRESS FOR COUNSEL**

      Please be advised that as of July 28, 2008, Foster and Associates has relocated. Our new address is as follows:

      **3000 Lakeshore Avenue**
      **Oakland, California  94610**

      Please note that our phone and fax numbers will remain the same. Thank you for your attention in this regard.

Dated:  July 29, 2008

                                            /s/
                                MICHAEL W. FOSTER
                                MADELYN JORDAN-DAVIS
                                Foster And Associates
                                Attorneys for Defendants
                                Pacific Gas and Electric Company
                                And Richard Fuhrman

**CHANGE OF ADDRESS FOR COUNSEL**