**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C07-5531SI           Judge:   SUSAN ILLSTON

Title: VINCENT -v- PG&E

Attorneys: P. Price, D. King   M. Jordan-Davis

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - Held

2)

3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **11/14/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to

Case continued to   for Pretrial Conference

Case continued to   for Trial (JURY :   Days)


ORDERED AFTER HEARING:
The parties are on track and preparing for trial.