# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Vincent,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Pacific Gas & Electric Co.,<br><br>                Defendant(s). | 07-05531 SI MED<br><br>**AMENDED Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that Debra Mellinkoff has been removed as mediator. The new mediator assigned to this case is:

> Maria G. Narayan
> Attorney at Law
> 810 E St.
> San Rafael, CA 94901
> 415-453-1636
> mnarayan@comcast.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the mediation program. The mediator has scheduled a joint pre mediation telephone conference with counsel under ADR L.R. 6-6 on Friday, September 12, 2008 at 9:00 a.m. to be initiated be either counsel. The mediation session is scheduled on Tuesday, September 30, 2008.

**AMENDED Notice of Appointment of Mediator**
07-05531 SI MED         - 1 -

Written mediation statements must be emailed to the mediator no later than 5:00 p.m. on Tuesday, September 23, 2008.  Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: September 10, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**AMENDED Notice of Appointment of Mediator**
07-05531 SI MED                            - 2 -