1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  1611 Telegraph Avenue, Ste. 1450
   Oakland, CA 94612
3  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
4
   Attorneys for Plaintiff
5  ADOLPH L. VINCENT, JR.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12
   ADOLPH L. VINCENT, JR.              )  NO. C07-5531 SI
13                                     )
            Plaintiff,                 )  **STIPULATION AND ORDER TO RESET**
14                                     )  **CASE MANAGEMENT SCHEDULE AND**
   v.                                  )  **CONFERENCE**
15                                     )
   PACIFIC GAS & ELECTRIC, CO., RICK   )
16 FUHRMAN, and DOES 1 through 15      )
   inclusive,                          )
17                                     )
            Defendants.                )
18 _____ )

19

20     Plaintiff ADOLPH L. VINCENT, JR. ("MR. VINCENT") and Defendants PACIFIC

21 GAS & ELECTRIC, CO and RICK FUHRMAN by and through their respective counsel,

22 agree that the Case Management Conference, set for November 14, 2008, should be vacated,

23 and request a new schedule as follows:

24     1.     There is good cause to postpone the hearing because there are no new issues

25 since the last Case Management Conference held on August 22, 2008.

26     2.     The only issue pending before the Court is an ongoing discovery dispute.

27 Mr. Vincent submitted a letter brief to the Court on September 26, 2008 regarding the

28

1164P201PYP
                                    -1-
                      STIPULATION AND ORDER (C07-5531 SI)

1  dispute. Defendants submitted a response to Mr. Vincent's letter brief on October 3, 2008.
2  The parties request that the Court hold a telephonic discovery hearing to resolve the dispute
3  in lieu of holding a Case Management Conference during the time previously scheduled for
4  the Case Management Conference.
5      3.    The Court will schedule the date and time for a further Case Management
6  conference at the discovery hearing.

7  Dated: November 7, 2008         PRICE AND ASSOCIATES

9          /s/
        PAMELA Y. PRICE, Attorneys for
10         Plaintiff ADOLPH L. VINCENT, JR.

11 Dated: November 7, 2008         FOSTER AND ASSOCIATES

13         /s/
        MADELYN JORDAN-DAVIS,
        Attorneys for Defendants PACIFIC
14         GAS & ELECTRIC, CO. and RICK
        FUHRMAN

### ORDER

17  The Court having read and considered the Stipulation and [Proposed] Order
18  to Continue the Case Management Conference, and good cause appearing therefore, hereby
19  orders that the November 14, 2008 Case Management Conference shall be continued to a
20  date set later by the Court. The Court will hold a ~~telephonic discovery hearing~~ the further case management conference on
21  __1/23/09__ at 2:30 p.m.
22  **IT IS SO ORDERED.**
23  Dated: _____         _/s/ Susan Illston_
        HON. SUSAN ILLSTON
24         UNITED STATES DISTRICT COURT