IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH L. VINCENT, JR., | No. C 07-5531 SI |
| Plaintiff, | **ORDER RE: DEFENDANT'S MOTION FOR RECONSIDERATION** |
| v. | |
| PACIFIC GAS & ELECTRIC, CO., *et al.*, | |
| Defendants. | |

Defendant has filed a motion for reconsideration of a portion of the Court's November 17, 2008 order related to production of company-wide employee termination records. Plaintiff opposes the motion on several grounds, including the fact that the parties did not meet and confer about the issues raised in defendant's reconsideration motion.

The Court hereby orders the parties to meet and confer over the matters raised in defendant's reconsideration motion. If the parties are unable to reach a resolution on defendant's production of employee termination records, the parties may submit the dispute to the Court for resolution.

**IT IS SO ORDERED.**

Dated: December 5, 2008

SUSAN ILLSTON
United States District Judge