MICHAEL W. FOSTER (State Bar No. 127691)
MADELYN JORDAN-DAVIS (State Bar No. 181771)
FOSTER AND ASSOCIATES
3000 LAKESHORE AVENUE
OAKLAND, CALIFORNIA 94610
TELEPHONE: (510) 763-1900
FACSIMILE: (510) 763-5952
EMAIL: mfoster@fosterlaborlaw.com;
mjd@fosterlaborlaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
SHARI D. HOLLIS-ROSS (State Bar No. 188867)
77 Beale Street
San Francisco, California 94105
Telephone: (415) 972-5672
Facsimile: (415) 973-0516

Attorneys for Defendants
Pacific Gas and Electric Company and
Richard Fuhrman

PAMELA Y. PRICE (State Bar No. 107713)
PRICE AND ASSOCIATES
1611 TELEGRAPH AVENUE, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 452-0292
FACSIMILE: (510) 452-5625
EMAIL: pypesq@aol.com

Attorneys for Plaintiff
Adolph L. Vincent, JR.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH LOUIS VINCENT, JR, | Case No. C07-705531 SI |
| Plaintiff, | Date Action Filed: October 30, 2007 |
| v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| PACIFIC GAS AND ELECTRIC COMPANY, RICK FUHRMAN, and DOES 1 through 15 inclusive | |
| Defendants. | |

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Due to trial calendar for Plaintiff's counsel, the parties have been unable to meet and
2  confer in preparation for the January 23, 2009 Case Management Conference.
3  Accordingly, the parties agree that a brief one week continuance will allow an opportunity
4  to meet and confer and to provide the Court with an updated Joint Case Management Statement.
5  Accordingly the parties hereby agree to continue the Case Management Conference date from
6  January 23, 2009 to January 30, 2009.
7  So Stipulated.

Dated: January 16, 2009

/s/
MICHAEL W. FOSTER
MADELYN JORDAN-DAVIS
Foster & Associates
Attorneys for Defendants
Pacific Gas and Electric Company
Rick Fuhrman

Dated: January 16, 2009

/s/
PAMELA Y. PRICE, ESQ.
Price and Associates
Attorneys for Plaintiff
Adolph L. Vincent, Jr.

IT IS SO ORDERED:

Date:

SUSAN ILLSTON
United States District Judge