PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
ADOLPH L. VINCENT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH L. VINCENT, JR. ) | NO. C07-5531 SI |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO MODIFY PRETRIAL** |
| v. ) | **PREPARATION ORDER** |
| ) | |
| PACIFIC GAS & ELECTRIC, CO., RICK ) | DATE: February 20, 2009 |
| FUHRMAN, and DOES 1 through 15 ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant the Court's directive at the Case Management Conference on January 30, 2009, counsel for the parties have met and conferred regarding Plaintiff's request to modify the Court's Pretrial Preparation Order filed on May 20, 2008. The parties hereby stipulate to modify the Court's Pretrial Preparation Order filed on May 20, 2008, as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| NON-EXPERT DISCOVERY CUTOFF | 01/30/09 | 04/30/09 |
| EXPERT DISCLOSURE | 02/27/09 | 05/27/09 |

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| EXPERT- REBUTTAL | 03/9/09 | 06/9/09 |
| DISPOSITIVE MOTIONS FILING DATE | 03/13/09 | 06/15/09 |
| EXPERT DISCOVERY CUTOFF | 03/31/09 | 06/30/09 |
| DISPOSITIVE MOTIONS HEARING DATE | 04/17/09 | 07/17/09 |
| PRETRIAL | 06/2/09 | 10/6/09 |
| TRIAL | 06/15/09 | 10/19/09 |

The parties further stipulate that Defendant Fuhrman will not be required to produce any financial records unless and until there is an order denying Defendant Fuhrman's anticipated motion for summary judgment. In the event that Defendant Fuhrman's motion for summary judgment is denied, the parties will meet and confer regarding the scope of records to be produced in response to Plaintiff's First Request for Production of Documents served on November 10, 2008. Thereafter, should the parties reach an agreement, Defendant Furhman will produce his financial records within thirty (30) days of the Court's ruling. If the parties are unable to reach an agreement within fifteen (15) days of the Court's ruling, any dispute will be submitted to the Court for resolution.

Good cause exists for this Stipulation and proposed Order in that the parties are continuing to meet and confer regarding Defendant PG&E's compliance with the Court's Order compelling discovery on November 17, 2008 (Doc. 36), and Defendant PG&E has agreed to produce additional documents during the month of February. Plaintiff needs additional time to complete his written discovery and schedule depositions. Additionally, the parties anticipate that further settlement discussions may be warranted and fruitful following the completion of discovery.

**IT IS SO STIPULATED.**

Dated: February 20, 2009                          PRICE AND ASSOCIATES

                                                  /s/ *Pamela Y. Price*
                                                  PAMELA Y. PRICE, Attorneys for Plaintiff
                                                  ADOLPH L. VINCENT, JR.

| | |
|---|---|
| Dated: February 20, 2009 | FOSTER AND ASSOCIATES |
| | /s/ |
| | MADELYN JORDAN-DAVIS, Attorneys for Defendants PACIFIC GAS & ELECTRIC, CO. and RICK FUHRMAN |

**ORDER**

The Court having read and considered the Stipulation and [Proposed] Order to modify the Court's Pretrial Preparation Order filed on May 20, 2008, and good cause appearing therefore, hereby orders the Pretrial Preparation Order shall be and hereby is modified as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| NON-EXPERT DISCOVERY CUTOFF | 01/30/09 | 04/30/09 |
| EXPERT DISCLOSURE | 02/27/09 | 05/27/09 |
| EXPERT- REBUTTAL | 03/9/09 | 06/9/09 |
| DISPOSITIVE MOTIONS FILING DATE | 03/13/09 | 06/15/09 |
| EXPERT DISCOVERY CUTOFF | 03/31/09 | 06/30/09 |
| DISPOSITIVE MOTIONS HEARING DATE | 04/17/09 | 07/17/09 |
| PRETRIAL | 06/2/09 | 10/6/09 |
| TRIAL | 06/15/09 | 10/19/09 |

**IT IS FURTHER ORDERED** that Defendant Fuhrman will not be required to produce any financial records until after a ruling on Defendant Fuhrman's anticipated motion for summary judgment. In the event that Defendant Fuhrman's motion for summary judgment is denied, the parties will meet and confer regarding the scope of records to be produced in response to Plaintiff's First Request for Production of Documents served on November 10, 2008. Thereafter, should the parties reach an agreement, Defendant Furhman will produce his financial records within thirty (30) days of the Court's ruling. If the parties are unable to reach an agreement within fifteen

///

(15) days of the Court's ruling, any dispute will be submitted to the Court for resolution.

**IT IS SO ORDERED.**

Dated: _____    _____
                                    HON. SUSAN ILLSTON
                                    UNITED STATES DISTRICT COURT