```
1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
2  PRICE AND ASSOCIATES
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA  94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  Attorneys for Plaintiff
   ADOLPH L. VINCENT, JR.
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH L. VINCENT, JR. | No. C07-05531 SI |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| PACIFIC GAS & ELECTRIC CO., RICK FUHRMAN, and DOES 1-15, inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel of record, agree that the Case Management Conference presently scheduled for March 27, 2009, at 3:00 p.m. may be taken off calendar and rescheduled after the discovery cut-off date of April 30, 2009. Both counsel agree that there have been no changes in the status of the case since the last Case Management Conference and that all parties are proceeding with discovery.

Dated: March 17, 2009                               PRICE AND ASSOCIATES


                                                    /s/ *Jeshawna R. Harrell*
                                                    JESHAWNA R. HARRELL, Attorneys for
                                                    Plaintiff ADOLPH L. VINCENT JR.

-1-

STIPULATION AND ORDER (C07-5531 SI)

1164P205JRH

-2-

Dated: March 17, 2009          FOSTER & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　MADELYN JORDAN-DAVIS, Attorneys for
　　　　　　　　　　　　　　　　　　Defendants PACIFIC GAS & ELECTRIC CO.

### ORDER

Pursuant to the stipulation of the parties that the Case Management Conference scheduled for March 27, 2009 shall be taken off calendar and rescheduled after the discovery cut-off date of April 30, 2009, **IT IS SO ORDERED**.

The next Case Management Conference shall be held on __May 29, 2009 @ 3:00 p.m.__.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　HON. SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE