PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
ADOLPH L. VINCENT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH L. VINCENT, JR. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PACIFIC GAS & ELECTRIC CO., RICK ) <br> FUHRMAN, and DOES 1-15, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C07-05531 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO CHANGE THE FILING DATE OF THE PARTIES PRETRIAL PLEADINGS** |

       The parties, by and through their respective counsel of record, are presently engaged in advanced settlement negotiations. Therefore, in order to facilitate those negotiations, the parties hereby agree to moving the filing date of all pretrial pleadings, including the Joint Pretrial Statement, Joint Jury Instructions, Motions in Limine and any Stipulations the parties have regarding admissibility of exhibits, from September 22, 2009 to September 25, 2009.

Dated: September 18, 2009              PRICE AND ASSOCIATES

                                                                    /s/ Jeshawna R. Harrell
                                            JESHAWNA R. HARRELL, Attorneys for
                                            Plaintiff ADOLPH L. VINCENT JR.

-2-

1  Dated: September 18, 2009                    FOSTER & ASSOCIATES

3                                                              _____/s/_____
   MADELYN JORDAN-DAVIS, Attorneys for
4                                                              Defendants PACIFIC GAS & ELECTRIC
   CO.

6                                               **ORDER**

7         Pursuant to the stipulation of the parties, the filing date of the parties pretrial

8  pleadings, including the Joint Pre-Trial Statement, Joint Jury Instructions, Motions in Limine and

9  any Stipulations regarding admissibility of exhibits, is hereby continued from September 22, 2009 to

10 September 25, 2009.

11        **IT IS SO ORDERED**.

13 Dated: _____          _____
                                                              HON. SUSAN ILLSTON
14                                                            U.S. DISTRICT COURT JUDGE