PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
ADOLPH L. VINCENT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH L. VINCENT, JR.<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC CO., RICK FUHRMAN, and DOES 1-15, inclusive,<br><br>Defendants. | No. C07-05531 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE THE FILING DATE OF THE PARTIES PRETRIAL PLEADINGS** |

-2-

1    The parties, by and through their respective counsel of record, have reached a Settlement
2    Agreement in principle and are in the process of negotiating the written terms of that Agreement.
3    Therefore, in order to facilitate this negotiation process, and in the interest of judicial economy, the
4    parties hereby agree to move the filing date of all pretrial pleadings, including the Joint Pretrial
5    Statement, Joint Jury Instructions, Motions in Limine and any Stipulations the parties have regarding
6    admissibility of exhibits, from September 25, 2009 to September 28, 2009.

7
8    Dated: September 25, 2009                           PRICE AND ASSOCIATES

9                                                          /s/ Jeshawna R. Harrell
10                                                      JESHAWNA R. HARRELL, Attorneys for
                                                        Plaintiff ADOLPH L. VINCENT JR.
11
12   Dated: September 25, 2009                           FOSTER EMPLOYMENT LAW

13                                                         /s/ Madelyn G. Jordan-Davis
14                                                      MADELYN G. JORDAN-DAVIS, Attorneys
                                                        for Defendants PACIFIC GAS & ELECTRIC
15                                                      CO.

16

17                                              **ORDER**

18           Pursuant to the stipulation of the parties, the filing date of the parties pretrial
19   pleadings, including the Joint Pre-Trial Statement, Joint Jury Instructions, Motions in Limine and
20   any Stipulations regarding admissibility of exhibits, is hereby continued from September 25, 2009 to
21   September 28, 2009.

22           **IT IS SO ORDERED**.

23   Dated: _____
24                                                      _____
                                                        HON. SUSAN ILLSTON
25                                                      U.S. DISTRICT COURT JUDGE

26
27
28