| | |
|---|---|
| 1 | MICHAEL W. FOSTER, ESQ. (State Bar No. 127691) |
| 2 | MADELYN G. JORDAN-DAVIS, ESQ. (State Bar No. 181771) |
|   | FOSTER EMPLOYMENT LAW |
| 3 | 3000 LAKESHORE AVENUE |
|   | OAKLAND, CALIFORNIA 94610 |
| 4 | TELEPHONE: (510) 763-1900 |
|   | FACSIMILE:  (510) 763-5952 |
| 5 | EMAIL:  mfoster@fosteremploymentlaw.com; |
| 6 | mjd@fosteremploymentlaw.com |

STEPHEN L. SCHIRLE (State Bar No. 96085)
SHARI D. HOLLIS-ROSS (State Bar No. 188867)
77 BEALE STREET
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE: (415) 972-5672
FACSIMILE:  (415) 973-0516

Attorneys for Defendants
Pacific Gas and Electric Company and
Richard Fuhrman

PAMELA Y. PRICE, ESQ. (State Bar No. 107713)
JESHAWNA R. HARRELL, ESQ. (State Bar No. 257773)
PRICE AND ASSOCIATES
1611 TELEGRAPH AVENUE, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 452-0292
FACSIMILE:  (510) 452-5625
EMAIL:  pypesq@aol.com

Attorneys for Plaintiff
Adolph L. Vincent, Jr.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH LOUIS VINCENT, JR.,          ) | Case No. C07-705531 SI |
|       Plaintiff,          ) | |
| v.          ) | Date Action Filed:  October 30, 2007 |
| PACIFIC GAS AND ELECTRIC          ) | |
| COMPANY, RICK FUHRMAN, and          ) | **NOTICE OF SETTLEMENT AND** |
| DOES 1 through 15 inclusive          ) | **REQUEST TO VACATE TRIAL DATE** |
|       Defendants.          ) | |
| _____          ) | |

---

NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL DATE

1   NOTICE IS HEREBY GIVEN that this entire case has been settled. The Settlement
2  Agreement conditions dismissal upon the satisfactory completion of specified terms which are to be
3  performed upon specified dates set forth in the Agreement.
4
5   Accordingly, the parties hereby request that the October 6, 2009 Pre Trial Conference and
6  the October 19, 2009 Trial date be vacated to allow the parties opportunity to meet their respective
7  obligations under the Agreement. Plaintiff will file a Request for Dismissal no later than Monday,
8  October 19, 2009

Dated: October 1, 2009

_____/s/ Madelyn G. Jordan-Davis_____
MICHAEL W. FOSTER, ESQ.
MADELYN G. JORDAN-DAVIS, ESQ.
Foster Employment Law
Attorneys for Defendants
Pacific Gas and Electric Company
Richard Fuhrman

Dated: October 1, 2009

_____/s/ Pamela Y. Price_____
PAMELA Y. PRICE, ESQ.
JESHAWNA R. HARRELL, ESQ.
Price And Associates
Attorneys for Plaintiff
Adolph L. Vincent, Jr.

IT IS SO ORDERED.

Dated:

_____
SUSAN ILLSTON
United States District Judge

NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL DATE