1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
2  PRICE AND ASSOCIATES
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA  94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  Attorneys for Plaintiff
   ADOLPH L. VINCENT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADOLPH L. VINCENT, JR. | ) | No. C07-05531 SI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| PACIFIC GAS & ELECTRIC CO., RICK FUHRMAN, and DOES 1-15, inclusive, | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff ADOLPH L. VINCENT, JR. and Defendants PACIFIC GAS AND ELECTRIC COMPANY, and RICHARD L. FUHRMAN, by and through their respective counsel of record, that they have reached settlement in this action and that the entire action shall be dismissed with prejudice.

Dated: October 19, 2009      PRICE AND ASSOCIATES


                             _____/s/_____
                             PAMELA Y. PRICE, Attorney for Plaintiff
                             ADOLPH L. VINCENT, JR.

Dated: October 19, 2009      FOSTER EMPLOYMENT LAW


                             _____/s/_____
                             MADELYN JORDAN-DAVIS, Attorney for
                             Defendants PACIFIC GAS AND ELECTRIC
                             COMPANY and RICHARD L. FUHRMAN

1164P238JRH
-1-
STIPULATED DISMISSAL AND [PROPOSED ORDER] (C07-05531 SI)

1
2                                    **ORDER**
3         Pursuant to the stipulation of the parties it is hereby ordered that this matter is
4  dismissed with prejudice.
5                              **IT IS SO ORDERED.**
6
7  Dated:_____      _____/s/ Susan Illston_____
                                  HON. SUSAN ILLSTON
8                                 UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1164P238JRH